**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-6334

———————————

HENRY W. MARTIN, JR.,

Plaintiff - Appellant,

versus

STAN BURT, Warden, Lieber Correctional
Institution; MICHAEL SHEEDY, Associate
Warden, Lieber Correctional Institution;
THIERRY NETTLER, Captain, Lieber Correctional
Institution; DELORIS GANTT, Property Control
Office for Lieber Correctional Institution;
L. CARRINGTON, IGC, Institution Grievances
Coordinator,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Matthew J. Perry, Jr., Senior
District Judge. (CA-03-421-6)

———————————

Submitted:  May 27, 2004          Decided:  June 4, 2004

———————————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Henry W. Martin, Jr., Appellant Pro Se.  Daniel Roy Settana, Jr.,
MCKAY, MCKAY & SETTANA, P.A., Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry W. Martin, Jr., appeals the district court's order denying his motion to alter or amend the dismissal of his action filed pursuant to 42 U.S.C.A. § 1983 (West Supp. 2001).[*] We have reviewed the record and the district court's opinion and order and find no reversible error. See United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). We deny Martin's motion to strike and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]To the extent Martin seeks to appeal the district court's dismissal of the § 1983 action, such appeal is untimely. Fed. R. App. P. 4(a)(1)(A).